# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mercedes-Benz USA, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company,<br><br>    *Defendants.* | |

## PLAINTIFF MERCEDES-BENZ USA, LLC
## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.3 of the Northern District of Georgia, Plaintiff Mercedes-Benz USA, LLC ("MBUSA"), by and through its undersigned counsel, hereby submits it Certificate of Interested Persons and Corporate Disclosure Statement.

  1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- MBUSA is a wholly owned subsidiary of Daimler North America Corp., which is a subsidiary of Daimler AG, whose shares are publicly traded in Germany.

- BNSF Railway Company
- CSX Transportation, Inc.
- Norfolk Southern Railway Company
- Union Pacific Railroad Company

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- N/A

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Mercedes-Benz USA, LLC: Audra A. Dial
- Carroll & Weiss LLP: M. Russell Wofford, Jr.
- Quinn Emanuel Urquhart & Sullivan LLP: Stephen R. Neuwirth, Sami H. Rashid, Monica E. Tarazi, and Robert P. Vance, Jr.

Submitted this 30th day of September, 2019

By: CARROLL & WEISS LLP

*/s/ M. Russell Wofford, Jr.*
M. Russell Wofford, Jr.
Georgia Bar No.: 773002
1819 Peachtree Rd. Ste. 104
Atlanta, GA 30309-1848
Telephone: (404) 228-5337
Facsimile: (404) 228-5564
Email: rwofford@carrollweiss.com

Audra A. Dial
Georgia Bar No: 220298

2

MERCEDES-BENZ USA, LLC
One Mercedes-Benz Drive
Sandy Springs, Georgia 30328
Telephone: (770) 705-3007
Email:
Audra.dial@mbusa.com

Stephen R. Neuwirth
Sami H. Rashid
Monica E. Tarazi
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
monicatarazi@quinnemanuel.com

Robert P. Vance, Jr.
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email:  bobbyvance@quinnemanuel.com

*Attorneys for Mercedes-Benz USA, LLC*